AO 468 (Rev. 01/09) Waiver of a Preliminary Hearing

# UNITED STATES DISTRICT COURT
for the

Southern District of Ohio

| | |
|---|---|
| United States of America<br>v.<br>_Juan Cespedes_<br>Defendant | )<br>)<br>) Case No. 1:20-mj-523<br>)<br>) |

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5 or Fed. R. Crim. P. 32.1.

Date: 1/23/20

_[signature]_
Defendant's signature

_[signature]_
Signature of defendant's attorney

Mark C Collins
Printed name and bar number of defendant's attorney

492 S. High St 3rd Floor Columbus Ohio 43215
Address of defendant's attorney

Mark@McCollinsLaw.com
E-mail address of defendant's attorney

614-443-3100
Telephone number of defendant's attorney

614-413-3902
FAX number of defendant's attorney