## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| **Plaintiff,** | : | **CASE NO: 1:20-CR-77 (5)** |
| | : | |
| v. | : | **JUDGE TIMOTHY S. BLACK** |
| | : | |
| **JUAN P. CESPEDES,** | : | |
| **Defendant.** | : | |

### NOTICE OF APPEARANCE OF CO-COUNSEL

Now comes, Kaitlyn C. Stephens, Attorney at Law, and hereby enters her appearance as Co-counsel for Defendant, Juan P. Cespedes, in the above-captioned matter.

Respectfully submitted,

/s/ *Kaitlyn C. Stephens*
**Kaitlyn C. Stephens (0095589)**
**Mark C. Collins (0061207)**
MARK C. COLLINS CO., L.P.A.
492 S. High Street, 3rd Floor
Columbus, Ohio  43215
(614) 443-3100    (614) 413-3902 – Fax
kaitlyn@mcollinslaw.com
mark@mcollinslaw.com
*Attorneys for Defendant Juan P. Cespedes*

### CERTIFICATE OF SERVICE

I hereby certify that on September 15, 2020, I electronically filed this Notice of Appearance using the CM/ECF System, which will send notification of such filing to the following: **Emily Glatfelter, Esq. and Matthew Singer, Esq.**

/s/ *Kaitlyn C. Stephens*
**KAITLYN C. STEPHENS (0095589)**